# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **NICHOLAS WORMAN,** individually and on behalf of similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>**DREAM TEAM PIZZA, LLC,** and **JAMIE POULSEN,**<br><br>Defendants. | Case No. 2:20-cv-02223 |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Nicholas Worman, by and through the undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses his claims against Dream Team Pizza, LLC and Jamie Poulsen with prejudice.

Respectfully submitted,

*/s/ Richard M. Paul III*
Richard M. Paul III (KS # 17778)
Laura C. Fellows (KS # 26201)
**PAUL LLP**
601 Walnut Street, Suite 300
Kansas City, Missouri 64106
Telephone: 816-984-8100
Rick@PaulLLP.com
Laura@PaulLLP.com

**ATTORNEY FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies on August 3, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ Richard M. Paul III